IN THE SUPREME COURT OF NORTH CAROLINA

No. 553PA13

Filed 19 December 2014

IN RE JERRY'S SHELL, LLC

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 753 S.E.2d 399 (2013), reversing an order entered on 26 November 2012 by Judge Richard L. Doughton in Superior Court, Rowan County, and remanding the matter for a new hearing. Heard in the Supreme Court on 7 October 2014.

*Roy Cooper, Attorney General, by Christopher W. Brooks, Assistant Attorney General, for respondent-appellant Michael D. Robertson, Commissioner, North Carolina Division of Motor Vehicles.*

*Jessica C. Williams, PLLC, by Ralph E. Stevenson, III, for petitioner-appellee Jerry's Shell Service, LLC.*

PER CURIAM.

For the reasons stated in *In re Twin County Motorsports, Inc.*, ___ N.C. ___, ___ S.E.2d ___ (2014), we reverse the decision of the Court of Appeals and remand this case to that court for consideration of petitioner's remaining assignments of error.

REVERSED AND REMANDED.